■ RONALD JOSEPH, as Administrator of the Estate of KESTER JOSEPH, SR., Deceased, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. No opinion. Concur—Kupferman, J. P., Ross, Milonas, Kassal and Rosenberger, JJ.